Robert Earl CAMPBELL, Appellant,

v.

Larry HENSON, Respondent.

No. WD 39313.

Missouri Court of Appeals, Western District.

July 28, 1987.

Robert Earl Campbell, pro se.

William L. Webster, Atty. Gen., Michael R. Whitworth, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and KENNEDY and LOWENSTEIN, JJ.

### ORDER

PER CURIAM.

Plaintiff inmate appeals from a summary judgment for defendant warden in an action under 42 U.S.C.A. § 1983 for compensatory damages for denial of his request for temporary release to attend his mother's funeral.

Judgment affirmed. Rule 84.16(b).